

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Directory Assistants, Inc.,            * From the 35th District
                                      Court of Brown County,
                                      Trial Court No. CV0907226.

Vs. No. 11-14-00232-CV           * December 31, 2014

Big Country Vein Relief, L.P.,        * Per Curiam Memorandum Opinion
                                      (Panel consists of: Wright, C.J.,
                                      Willson, J., and Bailey, J.)

This court has considered Directory Assistants, Inc.'s unopposed motion to dismiss the appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.